IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA BASSETT and CAROL
KENNEDY, PETER WAYS and JOE
BREAKEY, JOLINDA JACH and
BARBARA RAMBER, DOAK BLOSS and
GERARDO ASCHERI,

    Plaintiffs,

vs.

RICHARD SNYDER, in his official capacity
as Governor of the state of Michigan,

    Defendant.
_____

Case No. _____

Hon.
Magistrate Judge

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| Exhibit A | Public Act 297 |
| Exhibit B | Kalamazoo OQA Criteria |
| Exhibit C | Ann Arbor Public Schools OQA Criteria |
| Exhibit D | Ingham County OQA Criteria |