IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA BASSETT and CAROL
KENNEDY, PETER WAYS and JOE
BREAKEY, JOLINDA JACH and
BARBARA RAMBER, DOAK BLOSS and
GERARDO ASCHERI, DENISE MILLER,
AND MICHELLE JOHNSON

       Plaintiffs,

  vs.

RICHARD SNYDER, in his official capacity
as Governor of the State of Michigan,

       Defendant.

_____

Case No. 2:12-cv-10038

Hon. David M. Lawson
Mag. Michael J. Hluchaniuk

**INDEX TO EXHIBITS TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit | Description |
|---|---|
| A | Public Employee Domestic Partner Benefit Restriction Act |
| B | Kalamazoo, Other Qualified Adult Criteria |
| C | Ann Arbor Public Schools, Other Eligible Adult Benefits Fact Sheet |
| D | Ingham County, Other Qualified Adult Criteria |
| E | Kalamazoo Valley Community College, Household Member Program |
| F | Attorney General Opinion No. 7171 |
| G-1 | Agema Calls CSC Ruling "Utterly Irresponsible" |
| G-2 | Lund Calls to Abolish Civil Service Commission |
| G-3 | Agema 'Appalled' by Dems' No Votes |
| G-4 | Yonker to House Democrats: This Is Disgusting |
| G-5 | Rep. Hooker 'Shocked' by House Democrats' Failure to Respect Michigan Residents |
| G-6 | Lyons Calls Upholding Civil Service Commission Decision 'Negligent' |
| G-7 | McMillin: Shame on House Democrats for Backing Irresponsible $11.4 Million Benefit Increase by Civil Service Commission |
| G-8 | Taxpayers Can't Afford Health Care Benefits for Roommates of State Employees |
| G-9 | McMillin: Reclaiming Michigan's Future Requires a Team Effort |

| | |
|---|---|
| G-10 | Attempt to Overturn Irresponsible Civil Service Commission Spending Blocked by House Democrats |
| G-11 | Rep. Eileen Kowall Confronts Civil Service Commission's Fiscal Irresponsibility |
| G-12 | Rep. Eileen Kowall Criticizes Failure to Overturn Civil Service Commission's Runaway Spending |
| G-13 | House Votes Against Taxpayer-Funded Healthcare for Roommates |
| H | *Schuette v. Mich. Civil Serv. Comm'n* |
| I | House Fiscal Agency Legislative Analysis |
| J | Letter from Rick Snyder, Governor, to Michigan House of Representatives |
| K | Senate Fiscal Agency Bill Analysis |
| L | State Budget Office, State Spending from State Sources Paid to Units of Local Government |
| M | House Fiscal Agency, Background Briefing: School Aid |
| N | Ann Arbor Public Schools, *Personnel Expenditures* |
| O | Collard, *Dollars and Sense* |
| P | U.S. Attorney General Letter to Congress on DOMA Litigation |
| Q | Williams Institute Memorandum |
| R | Michigan Incident Crime Reporting, 2010 Hate/Bias Crime Report |
| S | Sexual Orientation and Housing Discrimination in Michigan |
| T | Plaintiff Declarations |
| T-1 | Bassett Declaration |
| T-2 | Kennedy Declaration |
| T-3 | Ways Declaration |
| T-4 | Breakey Declaration |
| T-5 | Jach Declaration |
| T-6 | Ramber Declaration |
| T-7 | Bloss Declaration |
| T-8 | Ascheri Declaration |
| T-9 | Miller Declaration |
| T-10 | Johnson Declaration |
| U | Badgett Declaration |
| V-1 | Collard Declaration |
| V-2 | Comsa Declaration |
| V-2A | Ann Arbor Public Schools, Other Eligible Adult Benefits Fact Sheet |
| V-2B | Board of Education Resolution |

Dated: March 7, 2012                                  Respectfully Submitted,

                                                   s/ Michael J. Steinberg
                                                  Michael J. Steinberg (P43085)
Jay D. Kaplan (P38197)
Kary L. Moss (P49759)
American Civil Liberties Union Fund of Michigan
2966 Woodward Avenue
Detroit, Michigan 28201
(313) 578-6814

John A. Knight (admission pending)
American Civil Liberties Union Foundation
180 N. Michigan, 2300
Chicago, Illinois 60601
(312) 201-9740

Amanda C. Goad (admission pending)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549- 2627

Donna M. Welch, P.C. (admission pending)
Bradley H. Weidenhammer (admission pending)
Amy E. Crawford (admission pending)
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, Illinois  60654
(312) 862-2000

*Attorneys for Plaintiffs Theresa Bassett, Carol Kennedy, Peter Ways,  Joe Breakey, JoLinda Jach, Barbara Ramber, Doak Bloss, Gerardo Ascheri, Denise Miller, and Michelle Johnson*