# Exhibit E

# Kalamazoo Valley Community College
## Household Member Program

The Household Member program is a pilot program which is effective May 1, 2011 through December 31, 2013. This program expands the eligibility criteria for enrollment in Kalamazoo Valley Community College's flexible benefits plan. Kalamazoo Valley Community College reserves the right to change the eligibility criteria or to suspend or terminate the Household Member benefit program at any time, including any coverage then being provided.

### Requirements and Stipulations
Under the Household Member program, a benefits eligible Kalamazoo Valley Community College employee who does not already enroll a spouse in the health or other benefit plans may enroll one adult individual for benefit coverage but only if all of the following eligible criteria are met:
- The Kalamazoo Valley Community College employee is eligible for KVCC's benefits
- The Household Member, at the time of proposed enrollment, resides in the same residence as the benefits eligible employee and has done so for the previous 18 continuous months, other than as a tenant.
- The Household Member is not a "dependent" of the employee as defined by the IRS.
- Should a benefits eligible Kalamazoo Valley Community College employee choose to cover an eligible Household Member, and the Household Member has coverage through his/her employer, then Kalamazoo Valley Community College's health benefit plan will be secondary.
- The Household Member is not eligible for benefits through COBRA.
- Pre-tax dollars set aside through a flexible spending account cannot be used to pay the co-premium for a household member(s) or the uninsured health care expenses for a household member(s).

Children of a Household Member are also eligible for this benefit until age 26, but only if the child is not eligible under another employer sponsored plan. The child need not be an IRS dependent and is eligible even if married.

Eligibility for coverage of a Household Member or of a Household Member's dependent ceases on the date that the above criteria are not met.

The following individuals are not eligible for participation in this program:
- Children of benefits eligible employees and their descendents (children, grandchildren)
- Parents of benefits eligible employees
- Parents' other descendents (siblings, nieces, nephews)
- Grandparents and their descendents (aunts, uncles, cousins)
- Renters, boarders, tenants

This program does not affect the rights of or criteria applicable to any benefits eligible employee qualifying for enrollment in Kalamazoo Valley Community College's benefit plans under any other applicable College policy. Household Member enrollment must be completed during the open enrollment period or no more than 30 days after all of the above criteria are met.