# Exhibit G-1

Representative Dave Agema :: House District 74                                    Page 1 of 1

# AGEMA CALLS CSC RULING "UTTERLY IRRESPONSIBLE"

January 26, 2011



State Rep. Dave Agema, R-Grandville, today made the following statement in response to the Michigan Civil Service Commission's 3-1 decision to extend health benefits to same-sex domestic partners of state employees:
"At a time when we are making every effort to cut spending and govern with greater accountability, it is utterly irresponsible for the Civil Service Commission to enact this policy," Agema said. "There are no figures yet on how much more Michigan's citizens will be required to find in their pockets to pay for this, but there is no doubt that the cost will be astronomical. We are already anticipating a $1.8 billion deficit in the state and the extension of benefits to domestic partners will only contribute to that number. This is one example of the leftist Commission acting as though everyone else's hard-earned dollars are up for grabs.
"The people of this state, the Attorney General and the Michigan Supreme Court have all decided in recent years that marriage is between one man and one woman and to extend health benefits to unions that do not fall into that category is disrespectful to the people. For a state organization such as the CSC to blithely ignore these mandates is reprehensible."

####

---

Contact Information:

Rep. Dave Agema
Anderson House Office Bldg.
N-1093 House Office Building
Lansing, MI  48933
Phone: (517) 373-8900
Toll Free: (800) 968-2320
Email: daveagema@house.mi.gov

# Exhibit G-2

Representative Pete Lund :: House District 36                                                Page 1 of 1

# LUND CALLS TO ABOLISH CIVIL SERVICE COMMISSION

January 27, 2011

State Rep. Pete Lund today called for the removal of the Civil Service Commission (CSC) for approving a measure that pushes constitutional bounds by extending health benefits to live-in same-sex partners of state workers and any of their roommates.



This drastic policy shift on the part of the CSC is estimated to cost the state millions of dollars at a time when leaders in Lansing are fighting to preserve funding for vital initiatives that keep Michigan safe, educated, and employed.

"It is an absolute abomination to hear a state agency has the gall to make such a costly and polarizing political move while people and their government are pinching pennies just to make ends meet," claimed Lund, R-Shelby Township. "There is no room for policies that encourage irresponsible spending in our budget for anything right now, let alone this clearly political move that shifts people's hard earned dollars into the pockets of same-sex partners."

The political move to the far left by CSC comes after the urging of SEIU (Service Employees International Union) and UAW (United Auto Workers) leaders to support using ambiguous language to extend state benefits to "Other Eligible Individuals".

In 2008, an overwhelming two-thirds of Michigan voters passed Proposal 2, to define that marriage is a union between a man and woman and is the only recognized legal arrangement.

The Michigan State Supreme Court also validated the people's choice by ruling in support of the Michigan Marriage Protection Amendment, citing that extending public benefits to same-sex partners is unconstitutional.

"Because of these extreme political actions by the CSC, my call for their removal should be heeded by our government immediately," Lund said.


#####

_____

Contact Information:

Rep. Pete Lund
Capitol Building
374 Capitol Building
Lansing, MI 48933
Phone: (517) 373-0843
Toll Free: (888) 642-4737
Email: PeteLund@house.mi.gov

http://www.gophouse.com/printarticle.asp?id=6867&District=36                    2/14/2012

Exhibit G-3

# AGEMA 'APPALLED' BY DEMS' NO VOTES

March 23, 2011

House Republicans yesterday attempted to reverse the Civil Service Commission (CSC) decision to extend health benefits to unrelated adults living with state employees.

The Legislature has the right, granted by the state constitution, to overturn a CSC ruling with a two-thirds majority vote. 74 votes are required in the House for that majority, which means Republicans needed 11 Democrats to vote with them on the measure. Only two did.

Said Rep. Dave Agema, R-Grandville: "I don't know why there was even a question of what to do in this situation. The CSC acts as if it is above the law and disregards the state constitution in its daily work. Extending health benefits to the live-in partners and roommates of state employees is a deliberate misuse of authority by the CSC and I'm appalled that Democrats in the House voted to endorse such an abuse of power. By voting against this yesterday, Democrats are telling taxpayers the law means nothing, that their voices don't count at the ballot box, and that they better get used to handing over more of their paychecks because this is going to be ridiculously expensive."

The House has until mid-April to vote to invalidate the CSC ruling.

####

---

Contact Information:

Rep. Dave Agema
Anderson House Office Bldg.
N-1093 House Office Building
Lansing, MI  48933
Phone: (517) 373-8900
Toll Free: (800) 968-2320
Email: daveagema@house.mi.gov

Exhibit G-4

Representative Ken Yonker :: House District 72                                    Page 1 of 1

# YONKER TO HOUSE DEMOCRATS: THIS IS DISGUSTING

April 19, 2011



In a near party-line vote last week, House Democrats failed to overturn a Civil Service
Commission (CSC) decision that extends health benefits to the live-in partners of state
employees and their dependents.

"This is a strike in the face of the people of Michigan," said state Rep. Ken Yonker, R-
Caledonia. "To disregard what the people have decided at the ballot box, and to
disregard the boundaries of marriage makes a mockery of the moral fabric that has
made America what it is today."

The CSC decided in January to extend the benefits, and the Legislature had until April 18 to overturn the
decision with a two-thirds majority vote. The final House tally, 66-41, fell short of the required 77 votes
to reverse the decision.

"This was the worst thing to happen since we've been here and it's disgusting," Yonker said. "We're
trying to balance a budget, make our state business-friendly again, and get people back to work and a
costly and tasteless decision like this one from the CSC doesn't help us accomplish any of that."

The decision is expected to cost Michiganders approximately $11 million per year.

#####

Contact Information:

Rep. Ken Yonker
Anderson House Office Bldg.
N-1091 House Office Building
Lansing, MI  48933
Phone: (517) 373-0840
Toll Free: (888) 347-8072
Email: KenYonker@house.mi.gov

Exhibit G-5

Representative Thomas Hooker :: House District 77

# REP. HOOKER 'SHOCKED' BY HOUSE DEMOCRATS' FAILURE TO RESPECT MICHIGAN RESIDENTS

April 14, 2011

House Democrats today failed to overturn a Civil Service Commission (CSC) decision to extend health benefits to the live-in partners of state employees and their dependents.

"I think Michigan residents have made it pretty clear time and again what they want with regard to benefits for unmarried and same-sex partners," said state Rep. Tom Hooker, R-Byron Center. "For the Democrats to uphold the CSC decision today goes exactly contrary to what the people in this state have voted for, and even what our state Supreme Court has said on the same issue and I'm shocked. Failing to overturn this decision is expensive and irresponsible and shows a serious lack of respect for Michigan residents."

The CSC decision will cost Michigan taxpayers an estimated $11 million per year. The vote to overturn the decision failed in a 66-41 vote that was nearly along party lines. Three Democrats voted with Republicans to rescind the measure.

####

Contact Information:

Rep. Thomas Hooker
Anderson House Office Bldg.
N-1096 House Office Building
Lansing, MI 48933
Phone: (517) 373-2277
Toll Free: (855) 866-4077
Email: ThomasHooker@house.mi.gov

Exhibit G-6

Representative Lisa Posthumus Lyons :: House District 86                              Page 1 of 1

# LYONS CALLS UPHOLDING CIVIL SERVICE COMMISSION DECISION 'NEGLIGENT'

April 14, 2011

House Democrats today failed to overturn a Civil Service Commission (CSC) decision to extend health benefits to the live-in partners of state employees and their dependents.

"I just can't believe that so many elected lawmakers, who are accountable to the people, would excuse such an unconstitutional and unethical measure," said state Rep. Lisa Posthumus Lyons, R-Alto. "The CSC is running up a tab with no regard for how Michiganders will be able to pay it and the House Democrats are letting them get away with it. My Republican colleagues and I were proud to vote today to protect Michigan residents from this runaway spending, and it was truly negligent of the lawmakers on the other side of the aisle to fail to overturn this expensive and irresponsible decision by the CSC."

The decision will cost Michigan taxpayers an estimated $11 million per year.

Residents can contact Lyons in Lansing at toll-free (855) 596-6786 or via email at lisalyons@house.mi.gov.

####

---

Contact Information:

Rep. Lisa Posthumus Lyons
Anderson House Office Bldg.
S-1190 House Office Building
Lansing, MI  48933
Phone: (517) 373-0846
Toll Free: (855) 596-6786
Email: LisaLyons@house.mi.gov

Exhibit G-7

## MCMILLIN: SHAME ON HOUSE DEMOCRATS FOR BACKING IRRESPONSIBLE $11.4 MILLION BENEFIT INCREASE BY CIVIL SERVICE COMMISSION

March 22, 2011

House Democrats today backed a costly decision by the Civil Service Commission that would spend at least $11.4 million annually in taxpayer dollars at a time when the state is facing a $1.4 billion deficit.



Senate Concurrent Resolution 9 rescinds the increase in rates of compensation recommended by the Civil Service Commission (CSC) with the intention of eliminating the extension of health benefits to adults and their dependents living with but not related to a classified employee. Their multi-million-dollar decision comes while residents in the private sector are seeing their health care benefits diminish.

"Shame on them for now," said McMillin, R-Rochester Hills. Today, Democrats put politics before people and the reform they deserve. Our path to prosperity for all Michiganders will not be stopped by the actions of a few irresponsible voices. This legislation would have begun to reclaim responsibility in government and protect our state Constitution."

SCR 9 needs a two-thirds vote for approval. The measure remains in the House for further consideration.

"Restoring prosperity to Michigan requires an all hands effort from both parties. Actions by a few today did anything but that. Hopefully, they will join us in enacting reforms necessary to create a better tomorrow for our state. While their voice is disappointing, the people's work endures."

#####

---

Contact Information:

Rep. Tom McMillin
Anderson House Office Bldg.
N-894 House Office Building
Lansing, MI 48933
Phone: (517) 373-1773
Toll Free: (866) 969-0450
Email: TomMcMillin@house.mi.gov

Exhibit G-8

Representative Earl Poleski :: House District 64                                    Page 1 of 1

# TAXPAYERS CAN'T AFFORD HEALTH CARE BENEFITS FOR ROOMMATES OF STATE EMPLOYEES

March 22, 2011

With the state facing a $1.4 billion deficit, state Rep. Earl Poleski today said Michigan taxpayers cannot afford to pay millions of dollars in health care benefits for the roommates of state employees.



Poleski, a member of the House Appropriations Committee, this afternoon spoke on the House floor to urge his colleagues to vote in favor of Senate Concurrent Resolution 9, which would reject the decision by the Civil Service Commission to grant health care benefits to people who live with state employees but are not related.

"The Civil Service Commission has exposed the taxpayers of our state to an expense that it cannot quantify with any accuracy, and it has acted with gross irresponsibility," said Poleski, R-Jackson. "The decision to spend additional taxpayer dollars at a time when the state is forced to cut programs and services causes this accountant legislator great concern."

The CSC's decision provides health care benefits to anyone who lives with a classified state employee, and would cost taxpayers at least $8 million in the first year alone.

"The Civil Service Commission admits that it doesn't know the costs to administer this benefit," Poleski said. "I submit that it cannot know the costs to police the potential for fraud as well."

SCR 9 needs a two-thirds vote for approval.  SCR 9 remains in the House for further consideration.

---

Contact Information:

Rep. Earl Poleski
Anderson House Office Bldg.
N-998 House Office Building
Lansing, MI  48933
Phone: (517) 373-1795
Toll Free: 1-888-643-4786
FAX: (517) 373-5760
Email: EarlPoleski@house.mi.gov

Exhibit G-9

# MCMILLIN: RECLAIMING MICHIGAN'S FUTURE REQUIRES A TEAM EFFORT

April 14, 2011

State Rep. Tom McMillin today condemned House Democrats' decision to block a resolution that would have rescinded an $11.4 million decision by the Civil Service Commission that extends unprecedented health benefits to roommates and dependents of state employees. 

Senate Concurrent Resolution 9 rescinds the increase in rates of compensation recommended by the Civil Service Commission (CSC) with the intention of eliminating the extension of health benefits to adults and their dependents living with, but not related to, a classified employee.  Their multi-million-dollar decision comes while residents in the private sector are seeing their health care benefits diminish.

"Today, Democrats put politics before people and the reform Michigan taxpayers deserve," said McMillin, R-Rochester Hills.  "Our state's recovery should not be slowed by these few voices clinging to failed policies of the past."

SCR 9 needed a two-thirds vote for approval.  While all 63 Republicans voted 'yes,' the measure failed to receive the needed 11 Democrat votes.  The resolution failed by a vote of 66 'yes' and 41 'no' votes.

"Reclaiming Michigan's future requires a team effort that puts politics aside and allows responsibility to prevail," McMillin said.  "Hopefully, Democrats will join our pursuit to make government a responsible steward of taxpayer dollars. While their voice today is disappointing, we will continue to work for true fiscal responsibility and sustainable prosperity for the taxpayers of our state."

#####

---

Contact Information:

Rep. Tom McMillin
Anderson House Office Bldg.
N-894 House Office Building
Lansing, MI  48933
Phone: (517) 373-1773
Toll Free: (866) 969-0450
Email: TomMcMillin@house.mi.gov

Exhibit G-10

Representative Brad Jacobsen :: House District 46                                                    Page 1 of 1

# ATTEMPT TO OVERTURN IRRESPONSIBLE CIVIL SERVICE COMMISSION SPENDING BLOCKED BY HOUSE DEMOCRATS

April 15, 2011

State Rep. Brad Jacobsen today is infuriated by House Democrats' lack of support for a measure that would have prevented the Civil Service Commission (CSC) from providing health insurance benefits to unrelated live-ins of state employees and their dependents.

"Instead of defending our taxpayers, House Democrats chose to support additional government spending when our state is in the middle of a financial crisis," said Jacobsen, R-Oxford. "As we work to revitalize our economy, we simply cannot afford to foot the bill for benefits for live-ins of state employees. I am ashamed my Democratic colleagues couldn't look at the big picture and do what's best for our suffering state."

Overturning the CSC's decision required 74 votes or two-thirds vote of the state House. All 63 House Republicans voted to overturn the CSC's decision but House Democrats failed to provide the 11 votes needed to stop the irresponsible spending.

Despite the state's budget deficit, CSC commissioners have said the budget is not their concern and that they see themselves as the fourth branch of government.

"If the CSC cannot act responsibly and put the needs of our taxpayers first they should not have the ability to make decisions that fiscally impact state residents," Jacobsen said.

#####

_____

Contact Information:

Rep. Brad Jacobsen
Anderson House Office Bldg.
N-895 House Office Building
Lansing, MI  48933
Phone: 517-373-1798
Toll Free: (855) 737-2723 [855 REPBRAD]
Email: BradJacobsen@house.mi.gov

# Exhibit G-11

# REP. EILEEN KOWALL CONFRONTS CIVIL SERVICE COMMISSION'S FISCAL IRRESPONSIBILITY

March 17, 2011



State Rep. Eileen Kowall today introduced a joint resolution to keep the Civil Service Commission (CSC) from approving compensation increases, including wages and benefits, that the state cannot afford to pay.

House Joint Resolution R would require all compensation increases approved by the Civil Service Commission to be approved by the Michigan Legislature and the governor. The CSC recently approved health care benefits for live-in partners and roommates of public employees at an estimated cost to the state of $8 million.

"Every dollar spent needs to be appropriately reviewed as we work to revitalize our economy and get our state back on track," said Kowall, R-White Lake Township. "The Civil Service Commission continues to approve policies that the state cannot afford. This resolution ensures that the Legislature and governor have authority to reject irresponsible increases."

All other usage of state funding requires approval by the governor and Legislature.

"State employee compensation increases are part of the state's funding and should require approval like any other funding," Kowall said.

#####

---

Contact Information:

Rep. Eileen Kowall
Anderson House Office Bldg.
N-893 House Office Building
Lansing, MI 48933
Phone: (517) 373-2616
Toll Free: (866) 334-0010
Email: EileenKowall@house.mi.gov

Exhibit G-12

# REP. EILEEN KOWALL CRITICIZES FAILURE TO OVERTURN CIVIL SERVICE COMMISSION'S RUNAWAY SPENDING

April 15, 2011

State Rep. Eileen Kowall today was frustrated with House Democrats' failure to support a measure that would overturn a Civil Service Commission's (CSC) ruling that expanded health insurance coverage to unmarried live-ins and dependents of state employees.

"We have a duty to represent the best interests of Michigan taxpayers and my Democratic colleagues turned their backs on that by telling the Civil Service Commission that irresponsible spending increases are acceptable," said Kowall, R-White Lake Township.

"The Civil Service Commission's lack of concern for fiscal responsibility is exactly why I sponsored House Joint Resolution R to require all compensation increases approved by the CSC to be approved by the Michigan Legislature and the governor.

"We have made significant progress in revitalizing our state and failure to overturn this decision is a step backward in getting Michigan back on solid financial footing," Kowall said.

---

Contact Information:

Rep. Eileen Kowall
Anderson House Office Bldg.
N-893 House Office Building
Lansing, MI 48933
Phone: (517) 373-2616
Toll Free: (866) 334-0010
Email: EileenKowall@house.mi.gov

Exhibit G-13

# HOUSE VOTES AGAINST TAXPAYER-FUNDED HEALTHCARE FOR ROOMMATES

September 15, 2011



The Michigan House of Representatives today approved legislation prohibiting health care benefits for roommates of public employees.

"It is not the responsibility of taxpayers to support the roommates and unmarried partners of public employees," said Rep. Dave Agema, R-Grandville, who sponsored the legislation. "Providing benefits in this way is not the role of the state, especially when tax dollars are in short supply and there are critical programs being affected by the decrease in revenue.

"Michigan voters, our Supreme Court, and the attorney general all agree with these bills, and passing legislation is just another way to underline their point to those who don't seem to get it. This is a fiscal issue. We are doing all we can to respect the will of the people and not place an unnecessary economic burden on our residents while so many are struggling to make ends meet."

House Bill 4770 prohibits public employers from providing health benefits to domestic partners or roommates of public employees, while HB 4771 excludes these benefits as a subject of collective bargaining.

The bills were approved by a party line vote of 64-44 and now go to the Senate for consideration.

####

Contact Information:

Rep. Dave Agema
Anderson House Office Bldg.
N-1093 House Office Building
Lansing, MI  48933
Phone: (517) 373-8900
Toll Free: (800) 968-2320
Email: daveagema@house.mi.gov