# Exhibit R



# 2010 HATE/BIAS CRIME IN MICHIGAN



## Victim Information

Hate crime incidents are identified by the motivation of the offender(s).  Law enforcement investigations determine the objective facts to lead to a reasonable conclusion that the offender's actions were motivated by bias against a racial, religious, ethnic/national origin, mental/physical disability, or sexual-orientation group.  Accurate data collection of hate crimes depends heavily on proper training of law enforcement to recognize such incidents and the cooperation and desire of communities/victims to report these incidents to law enforcement.

*Definition:*  Hate Crime is a criminal offense committed against a person or property which is motivated in whole or in part, by the offender's bias against a race/national origin, religion, sexual-orientation, mental/physical disability or ethnicity.

| TOTAL VICTIMS BY TYPE | |
|---|---|
| **Victim Type** | **Totals** |
| **Business** | 30 |
| **Government** | 15 |
| **Individual** | 356 |
| **Other** | 4 |
| **Police Officer** | 3 |
| **Religious Organization** | 5 |
| **Society/Public** | 48 |
| **Unknown** | 2 |
| **Grand Total:** | **463** |



A total of 373 incidents of hate/bias crimes were reported to the Michigan Incident Crime Reporting Program in 2010.  There were 506 incidents in 2009.  This is a 26% decrease between 2009 and 2010 or 133 fewer incidents.

A total of 463 victims were reported in these incidents. Victim types of "Individual" and "Police Officer" counted for 359 of this total.

In 2010, a new process was implemented to help ensure the accuracy of the Hate/Bias statistics.

*It is possible that the total incidents/victims are lower, in part, due to this change.




# 2010 HATE/BIAS CRIME IN MICHIGAN

| Bias Motivation Victims | Totals |
|---|---|
| Anti-Am. Indian/Alaskan Native | 3 |
| Anti-Antheism/Agnostic | 1 |
| Anti-Asian/Pacific Islander | 5 |
| Anti-Black | 198 |
| Anti-Catholic | 3 |
| Anti-Female | 7 |
| Anti-Female Homosexual | 9 |
| Anti-Heterosexual | 2 |
| Anti-Hispanic | 14 |
| Anti-Homosexual | 19 |
| Anti-Islamic | 8 |
| Anti-Jewish | 18 |
| Anti-Male | 1 |
| Anti-Male Homosexual | 38 |
| Anti-Mental Disability | 2 |
| Anti-Multi-Racial Group | 10 |
| Anti-Multi-Religious Group | 3 |
| Anti-Other Ethnicity/National Origin | 26 |
| Anti-Other Religion | 3 |
| Anti-Physical Disability | 4 |
| Anti-Protestant | 3 |
| Anti-White | 86 |
| **Grand Total:** | **463** |



*The most targeted bias/motivation group in 2010 was Anti-Black (198 victims). This was also the most targeted group in 2009 (251 victims).*

*Anti-White reported the next largest victim count of 86. This is a decrease of 40 victims or a 32% reduction from 2009.*

| Victim Type-Individual or Police Officer | |
|---|---|
| Age Group | Total Victims |
| 00-09 | 13 |
| 10-19 | 65 |
| 20-29 | 84 |
| 30-39 | 81 |
| 40-49 | 55 |
| 50-59 | 43 |
| 60-69 | 13 |
| 70-79 | 4 |
| 80-89 | 1 |
| **Grand Total:** | **359** |

*According to the Age Group statistics, you are more likely to become a victim of a hate crime if you are between the ages of 20 and 29.*

*Anti-black was the most targeted bias for all the age groups.*




# 2010 HATE/BIAS CRIME IN MICHIGAN

| AGE GROUP 00-09 | |
|---|---|
| Bias Motivation | Totals |
| Anti-Black | 7 |
| Anti-Female | 1 |
| Anti-Multi-Religious Group | 1 |
| Anti-White | 4 |
| Grand Totals: | 13 |

| AGE GROUP 10-19 | |
|---|---|
| Bias Motivation | Totals |
| Anti-Asian/Pacific Islander | 1 |
| Anti-Black | 32 |
| Anti-Female | 2 |
| Anti-Female Homosexual(Lesbian) | 1 |
| Anti-Heterosexual | 2 |
| Anti-Hispanic | 2 |
| Anti-Homosexual(Gay And Lesbian) | 3 |
| Anti-Islamic(Moslem) | 1 |
| Anti-Jewish | 2 |
| Anti-Male Homosexual(Gay) | 8 |
| Anti-Mental Disability | 2 |
| Anti-Multi-Racial Group | 1 |
| Anti-Physical Disability | 1 |
| Anti-Protestant | 1 |
| Anti-White | 6 |
| Grand Totals: | 65 |

| AGE GROUP 20-29 | |
|---|---|
| Bias Motivation | Totals |
| Anti-Asian/Pacific Islander | 1 |
| Anti-Black | 28 |
| Anti-Female | 1 |
| Anti-Female Homosexual(Lesbian) | 2 |
| Anti-Hispanic | 2 |
| Anti-Homosexual(Gay And Lesbian) | 9 |
| Anti-Islamic(Moslem) | 1 |
| Anti-Male Homosexual(Gay) | 14 |
| Anti-Multi-Racial Group | 1 |
| Anti-Other Ethnicity/National Origin | 8 |
| Anti-White | 17 |
| Grand Totals: | 84 |

| AGE GROUP 30-39 | |
|---|---|
| Bias Motivation | Totals |
| Anti-Antheism/Agnostic | 1 |
| Anti-Asian/Pacific Islander | 1 |
| Anti-Black | 36 |
| Anti-Female | 1 |
| Anti-Female Homosexual | 4 |
| Anti-Hispanic | 2 |
| Anti-Homosexual | 2 |
| Anti-Islamic | 6 |
| Anti-Male Homosexual | 2 |
| Anti-Multi-Racial Group | 1 |
| Anti-Other Ethnicity/National Origin | 7 |
| Anti-Physical Disability | 1 |
| Anti-White | 17 |
| Grand Totals: | 81 |

| AGE GROUP 40-49 | |
|---|---|
| Bias Motivation | Totals |
| Anti-Asian/Pacific Islander | 1 |
| Anti-Black | 27 |
| Anti-Female | 1 |
| Anti-Female Homosexual | 1 |
| Anti-Hispanic | 2 |
| Anti-Jewish | 2 |
| Anti-Male | 1 |
| Anti-Male Homosexual | 6 |
| Anti-Multi-Racial Group | 1 |
| Anti-Other Ethnicity/National Origin | 3 |
| Anti-Physical Disability | 1 |
| Anti-White | 9 |
| Grand Totals: | 55 |

| AGE GROUP 50-59 | |
|---|---|
| Bias Motivation | Totals |
| Anti-Black | 13 |
| Anti-Hispanic | 1 |
| Anti-Jewish | 7 |
| Anti-Male Homosexual | 6 |
| Anti-Multi-Racial Group | 1 |
| Anti-Other Ethnicity/National Origin | 3 |
| Anti-Other Religion | 1 |
| Anti-White | 11 |
| Grand Totals: | 43 |

| AGE GROUP 60-69 | |
|---|---|
| Bias Motivation | Totals |
| Anti-Black | 7 |
| Anti-Hispanic | 1 |
| Anti-Male Homosexual | 1 |
| Anti-Other Ethnicity/National Origin | 1 |
| Anti-White | 3 |
| Grand Totals: | 13 |

| AGE GROUP 70-79 | |
|---|---|
| Bias Motivation | Totals |
| Anti-Black | 3 |
| Anti-Other Ethnicity/National Origin | 1 |
| Grand Totals: | 4 |

| AGE GROUP 80 and Above | |
|---|---|
| Bias Motivation | Totals |
| Anti-Black | 1 |
| Grand Totals: | 1 |



# 2010 HATE/BIAS CRIME IN MICHIGAN



| Offense | Totals |
|---|---|
| AGGRAVATED/FELONIOUS ASSAULT | 26 |
| ARSON | 2 |
| BURGLARY ENTRY W/OUT AUTH. W/OR W/OUT FORCE | 1 |
| BURGLARY FORCED ENTRY | 13 |
| CIVIL RIGHTS | 3 |
| DAMAGE TO PROPERTY | 102 |
| DISORDERLY CONDUCT | 11 |
| DRUNKENNESS | 1 |
| ESCAPE/FLIGHT | 1 |
| FAMILY ABUSE/NEGLECT NONVIOLENT | 1 |
| FAMILY OTHER | 1 |
| FRAUD WIRE | 1 |
| HIT AND RUN MOTOR VEHICLE ACCIDENT | 2 |
| INTIMIDATION/STALKING | 103 |
| INVASION OF PRIVACY OTHER | 1 |
| LARCENY OTHER | 10 |
| LARCENY THEFT FROM BUILDING | 2 |
| LARCENY THEFT FROM MOTOR VEHICLE | 5 |
| MILITARY | 1 |
| MISCELLANEOUS CRIMINAL OFFENSE | 2 |
| MOTOR VEHICLE AS STOLEN PROPERTY | 1 |
| MOTOR VEHICLE THEFT | 5 |
| NARCOTIC EQUIPMENT VIOLATIONS | 1 |
| NONAGGRAVATED ASSAULT | 62 |
| OBSTRUCTING JUSTICE | 5 |
| OBSTRUCTING POLICE | 1 |
| OUIL OR OUID | 6 |
| PUBLIC PEACE OTHER | 19 |
| RETAIL FRAUD MISREPRESENTATION | 1 |
| RETAIL FRAUD THEFT | 3 |
| ROBBERY | 3 |
| SEXUAL PENETRATION ORAL/ANAL CSC 1ST | 1 |
| VIOLATION OF CONTROLLED SUBSTANCE | 2 |
| Grand Total: | 399 |

| Weapon Used | Totals |
|---|---|
| Asphyxiation | 1 |
| Blunt Object | 8 |
| Handgun | 2 |
| Knife/Cutting Instrument | 6 |
| Motor Vehicle | 3 |
| None | 8 |
| Other | 3 |
| Personal Weapons | 60 |
| Grand Total: | 91 |

| Residence/Home Location-VOR | Totals |
|---|---|
| Acquaintance | 9 |
| Boyfriend/Girlfriend | 2 |
| Child | 4 |
| Ex-Spouse | 1 |
| Former Dating BF/GF | 3 |
| Neighbor | 27 |
| Other Family Member | 3 |
| Otherwise Known | 14 |
| Parent | 1 |
| Sibling | 1 |
| Spouse | 1 |
| Stranger | 19 |
| Unknown | 22 |
| Grand Totals: | 107 |

| Location of Incidents | Totals |
|---|---|
| Air/Bus/Train Terminal | 3 |
| Bank/Savings & Loan | 1 |
| Bar/Night Club | 8 |
| Campground | 2 |
| Casino | 1 |
| Church/Synagogue/Temple | 7 |
| College | 11 |
| Commercial/Office Buildings | 9 |
| Convenience Store | 3 |
| Department/Discount Store | 9 |
| Drug Store/Doctor`s Office/Hospital | 2 |
| Field/Woods | 1 |
| Government/Public Building | 13 |
| Grocery/Supermarket | 3 |
| Highway/Road/Alley | 55 |
| Hotel/Motel etc. | 1 |
| Jail/Prison | 6 |
| Liquor Store | 1 |
| Other | 13 |
| Parking Lot/Garage | 27 |
| Residence/Home | 140 |
| Rest Area/Roadside Park | 6 |
| Restaurant | 6 |
| School | 33 |
| Service/Gas Station | 8 |
| Unknown | 4 |
| Grand Totals: | 373 |

*Twenty-three percent (23%) of the offenses had a weapon involved. Sixty-five percent (65%) of the weapons were Personal weapons which is defined as "hands, fist, feet, etc."*

*Intimidation/Stalking was the most reported offense (26%) in the Hate/Bias crimes. Thirty-five percent (35%) of the offenses happened in a "Residence/Home" location in 2010.*

*Note: In 2010, the Crime Reporting Section started sending monthly Hate/Bias reports to each law enforcement agency for the sole purpose of verifying that the crime committed against the victim was based on a bias motivation. If it was determined through investigation that the incident was not a Hate/Bias crime, then the law enforcement agency made the necessary changes to the incident to show that no bias was involved.