UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA BASSETT and CAROL KENNEDY,
PETER WAYS and JOE BREAKEY, JOLINDA
JACH and BARBARA RAMBER, DOAK BLOSS
and GERARDO ASCHERI, DENISE MILLER and     No. 2:12-cv-10038
MICHELLE JOHNSON,

                                                           HON. DAVID M. LAWSON

      Plaintiffs,

                                                           MAG. MICHAEL J. HLUCHANIUK

v

RICHARD SNYDER, in his official capacity as
Governor of the State of Michigan,

      Defendant.

---

| | |
|---|---|
| Michael J. Steinberg (P43085) | Amanda C. Goad |
| American Civil Liberties Union Fund of Michigan | American Civil Liberties Union Foundation |
| Attorney for Plaintiffs | Attorney for Plaintiffs |
| 2966 Woodward Avenue | 125 Broad Street, 18th Floor |
| Detroit, MI 48201 | New York, NY 10004 |
| (313) 578-6814 | (212) 549-2661 |
| | |
| Margaret A. Nelson (P30342) | John A. Knight |
| Mark E. Donnelly (P39281) | American Civil Liberties Union of IL |
| Attorney for Defendant | Attorney for Plaintiffs |
| Michigan Department of Attorney General | 180 N. Michigan Ave, Ste 2300 |
| Public Employment, Elections & Tort Division | Chicago, IL 60601 |
| P.O. Box 30736 | (312) 201-9740 |
| Lansing, MI 48909 | |
| (517) 373-6434 | |

---

**INDEX OF EXHIBIT TO DEFENDANT GOVERNOR SNYDER'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Exhibit 1    *Commonwealth of Massachusetts v. U.S.Dept. of Health and Human Services, et. al.,* ___ F.3d ___, no. 10-2204, slip opinion (1st Cir. 2012)