IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA BASSETT and CAROL
KENNEDY, PETER WAYS and JOE
BREAKEY, JOLINDA JACH and
BARBARA RAMBER, DOAK BLOSS and
GERARDO ASCHERI, DENISE MILLER
and MICHELLE JOHNSON,

        Plaintiffs,

vs.

RICHARD SNYDER, in his official capacity
as Governor of the State of Michigan,

        Defendant.

Case No. 2:12-cv-10038

Hon. David M. Lawson
Mag. Michael J. Hluchaniuk

### INDEX TO EXHIBITS TO REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| Exhibit | Description |
|---|---|
| 1 | Email from Sally Durfee to Dick Posthumus and Michael Gadola, dated December 8, 2011 |
| 2 | Email from Daniel Levy to Sally Durfee and Darin Ackerman, dated December 21, 2011 |