# Exhibit 2

# Murley, David (GOV)

**From:** Levy, Daniel (MDCR)
**Sent:** Wednesday, December 21, 2011 12:02 PM
**To:** Durfee, Sally (GOV); Ackerman, Darin (GOV)
**Cc:** Fritz, Leslee (MDCR)
**Subject:** unmarried partner benefits

I am hearing what I expect are more rumor than information, but that people expect the Gov. to make an announcement tomorrow (Thursday) on whether he will sign or veto 4770 and 4771. Any last opportunity to influence that decision (beyond the legal question of whether current language includes universities) and/or any advance notice of what to expect, would be greatly appreciated.

*Personal observation: The difference between fiscal conservatism and anti-gay social policy on this can be seen by asking: If during contract negotiations a union tells a unit of local government it will agree to a $10 increase in all co-pays in return for coverage of unmarried couples, should be legal to consider which saves the taxpayers more money?*

Daniel M. Levy
Director for Law and Policy
Michigan Dept. of Civil Rights
3054 W. Grand Blvd., Suite 3-600
Detroit, MI 48202
tel: (313) 456-3812
fax: (313) 456-3791



+------------www.michigan.gov.mdcr------------+
**Notice of Confidentiality:** The transmitted information is for the exclusive use of the intended recipient(s). Please be aware that any review, use, dissemination, distribution, or copying of this communication, in whole or in part, is prohibited. If you received this communication in error, please notify us immediately by e-mail reply or by phone (800-482-3604), delete the communication and destroy any copies.
+------------www.michigan.gov.mdcr------------+

SOM001125