UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA BASSETT and CAROL
KENNEDY, PETER WAYS and JOE
BREAKEY, JOLINDA JACH and BARBARA
RAMBER, DOAK BLOSS and GERARDO          No. 2:12-cv-10038
ASCHERI DENISE MILLER and
MICHELLE JOHNSON,                        HON. DAVID M. LAWSON

     Plaintiffs,                        MAG. MICHAEL J. HLUCHANIUK

v

RICHARD SNYDER, in his official capacity
as Governor of the State of Michigan,

     Defendant.

_____

**INDEX OF ATTACHMENT TO DEFENDANT'S SUPPLEMENTAL BRIEF
SCOPE OF INJUNCTIVE RELIEF**

Attachment 1 -    *Lee v. City of Columbus, Ohio,* 2008 U.S. Dist. LEXIS 82078,

                 *12-14 (6th Cir. 2008)