# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THERESA BASSETT *et al.*,

    Plaintiffs,

  v.

RICHARD SNYDER, in his official capacity as Governor of the State of Michigan,

    Defendant.

_____

Case No. 2:12-cv-10038

Hon. David M. Lawson
Mag. Judge Michael J. Hluchaniuk

### INDEX OF EXHIBIT TO PLAINTIFFS' SUPPLEMENTAL BRIEF ON THE APPROPRIATE SCOPE OF INJUNCTIVE RELIEF

**Exhibit 1**    08/07/12 Motion Hearing Transcript 1, 54–55.