UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA BASSETT, CAROL
KENNEDY, PETER WAYS, JOE BREAKEY,
JOLINDA JACH, BARBARA RAMBER,
DOAK BLOSS, GERARDO ASCHERI,
DENISE MILLER, and MICHELLE JOHNSON,

                                                     Case Number 12-10038
     Plaintiffs,                            Honorable David M. Lawson

v.

RICHARD SNYDER, in his official capacity
as Governor of the State of Michigan,

     Defendant.
_____/

## ORDER AMENDING SCHEDULING

Pursuant to the parties' stipulation,

It is hereby **ORDERED** that the discovery cut-off is extended to **February 14, 2014.**

It is further **ORDERED** that the defendant must serve its answers to the Plaintiff's Second Set of Document Production Requests and Third Set of Interrogatories **on or before February 7, 2014.**

It is further **ORDERED** that all other requirements and conditions of the Court's September 27, 2013 Amended Case Management and Scheduling Order shall remain in effect. The Court will not extend any other deadlines.

                                                                    s/David M. Lawson
                                                                    DAVID M. LAWSON
                                                                    United States District Judge

Dated: February 5, 2014

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 5, 2014.

       s/Shawntel Jackson
       SHAWNTEL JACKSON